IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

JAMES E. BILLIE,                                    )      **Case No. 03-60654**
                                                    )      **Judge Marra/Seltzer**
                                                    )
            Plaintiff,                              )
                                                    )
v.                                                  )      **MOTION TO STIKE**
SEMINOLE TRIBE OF FLORIDA, a                        )      **PURSUANT TO**
Federally recognized Indian Tribe, and             )      **F.R.C.P.12(f)**
MITCHELL CYPRESS, DAVID                             )
CYPRESS, JOHN WAYNE HUFF, SR.,                      )
MAX OSCEOLA, individually and as Tribal             )
Council members of the Seminole                     )
Tribe of Florida, JIM SHORE,                        )
Individually and as general counsel of the         )
Seminole Tribe of Florida, and PRISCILLA           )
SAYEN, individually and as Secretary               )
Treasurer of the Seminole Tribe of Florida,        )
                                                    )
            Defendants.                             )
_____            )

## MOTION TO STRIKE

Plaintiff James E. Billie ("Billie"), pursuant to Rule 12(f) Fed.R.Civ.P., moves the court to

enter an order striking various immaterial and scandalous matters from Defendant SEMINOLE

TRIBE OF FLORIDA ("Tribe"), JIM SHORE ("Shore"), PRISCILLA SAYEN ("Sayen") and JOHN

WAYNE HUFF, JR.'s ("Huff") Memorandum of Law in Response to Plaintiff's Verified Motion for

Preliminary Injunction ("Memo") and as grounds therefore, states:

1.      Plaintiff has included in its Memo matters that are immaterial and irrelevant to the

        present litigation and clearly unrelated to the claims of Plaintiff.

2.      That Defendant will be prejudiced should the allegations contained in Plaintiff's

        Memo be permitted to remain in this action and said allegations will confuse the

1



issues currently before the Court.

3.    That the matters which Defendant desires to be striken from Plaintiff's Response include and any all references to any and all unrelated lawsuits; memorandum from other attorneys; actions that the Tribe may have discovered after taking action to suspend and remove Billie; and other matters as more fully set forth in the attached Memorandum of Law.

4.    That currently pending before the Court is Billie's Motion for Preliminary Injunction and Emergency Motion for Preliminary Injunction.  Said Motion should be reviewed in the context of the initial complaint filed by the Plaintiff and Defendants should not be permitted to include the numerous immaterial, impertinent, and scandalous matters it has alleged in its Response as a basis for denying the relief sought.

WHEREFORE, in accordance with the above and foregoing, Defendant would request the Court strike all immaterial, impertinent, and scandalous material from Plaintiff's Response and grant any and all other relief which the Court deems just and proper under the circumstances.

Submitted this 30 day of April, 2003.

SAUNOOKE LAW FIRM, P.A.
Attorneys for Plaintiff
18620 S.W. 39th Court
Miramar, FL 33029
(561) 802-4297/(954) 499-0598 Facsimile

By: _____
ROBERT O. SAUNOOKE, ESQ.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by first class mail and facsimile to the following this 30 day of April, 2003:

Max Osceola individually
And as Tribal Council Rep.
Eric Dorsky, Esquire
P.O. Box 292228
Davie, FL  33329

Mitchell Cypress
Joel Hirschhorn
Douglas Center, Penthouse One
2600 Douglas Road
Coral Gables, FL  33134

Donald Orlovsky, Esquire
Seminole Tribe of Florida, JohnWayne Huff, Sr.
Priscilla Sayen and Jim Shore
1601 Belvedere Road
Suite 402 South
West Palm Beach, FL 33406

David Cypress
Michael Tarre
2 S. Biscayne Boulevard, Suite 3250
Miami, FL 33131-1803

SAUNOOKE LAW FIRM, P.A.
Attorneys for Plaintiff
18620 S.W. 39th Court
Miramar, FL 33029
(561) 301-5297/(954) 499-0598 Facsimile
By:
ROBERT O. SAUNOOKE, ESQ.

3