UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60654-CIV-MARRA

JAMES E. BILLIE,

    Plaintiff,

vs.

SEMINOLE TRIBE OF FLORIDA, et al.,

    Defendants.
_____/

**CLOSED CIVIL CASE**



## FINAL JUDGMENT FOR DEFENDANTS

THIS CAUSE is before the Court upon Defendants' *ore tenus* motion for dismissal of the case. Based upon this Court's conclusions of law stated in open court on May 2, 2003 that this Court's lacks jurisdiction to hear Plaintiff's claims under the Indian Civil Rights Act, as well as this Court's decision to decline supplemental jurisdiction over Plaintiff's state law claims, see 28 U.S.C. § 1367(c)(3), in the interest of affording Plaintiff a speedier appellate remedy given the upcoming tribal election, the Court grants the motion for dismissal at this time.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's claims in Counts I, II, III and IV of his Complaint and Amended Complaint are hereby **DISMISSED, without prejudice,** for lack of subject matter jurisdiction;

2. The Court declines to exercise its supplemental jurisdiction to hear Plaintiff's state law claims in Counts V through VIII. These claims are therefore **DISMISSED, without prejudice;**

3. Any remaining pending motions are hereby **DENIED as moot;**

4. The Clerk may close this case.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of May, 2003.

_____
KENNETH A. MARRA
United States District Judge.

## SERVICE LIST

Robert Saunooke, Esq.
18620 S.W. 39th Court
Miramar, FL 33029
Telephone: (954) 499-0598
Facsimile: (954) 499-0598
Attorney for James Billie

Michael Tarre, Esq.
2 S. Biscayne Boulevard
Suite 3250
Miami, FL 33131-1803
Attorney for David Cypress

Eric Dorsky, Esq.
7320 Griffin Road, Suite 220
Davie, FL 33114
Telephone: (954) 587-1120
Facsimile: (954) 587-5043
Attorney for Max Osceola

Donald Orlovsky, Esq.
1601 Belvedere Road, Suite 402-South
West Palm Beach, FL 33406
Telephone: (561) 687-8500
Facsimile: (561) 687-7892
Attorney for Seminole Tribe,
John Wayne Huff, Jim Shore and
Priscilla Sayen

JOEL HIRSCHHORN, Esq.
HIRSCHHORN & BIEBER, P.A.
Attorneys for Mitchell Cypress
Douglas Centre - Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Telephone #: (305) 445-5320
Facsimile #: (305) 446-1766