UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES E. BILLIE,                )
                                )       CASE NUMBER
         PLAINTIFF,             )       03-60654-CIV-MARRA
                                )
    VS.                         )
                                )
SEMINOLE TRIBE OF FLORIDA,      )       THIS VOLUME:
ET AL,                          )       PAGES 1 - 69
                                )
         DEFENDANTS.            )
_____)

TRANSCRIPT OF PRELIMINARY INJUNCTION HAD BEFORE

THE HONORABLE KENNETH A. MARRA, IN FORT LAUDERDALE, BROWARD

COUNTY, FLORIDA, ON FRIDAY, MAY 2, 2003, IN THE ABOVE-STYLED

MATTER.


APPEARANCES:

FOR THE PLAINTIFF:     ROBERT O. SAUNOOKE, ESQ.

FOR THE DEFENDANTS:    DONALD A. ORLOVSKY,
                       MICHAEL T. DOLCE,
                       JOEL HIRSCHHORN,
                       MICHAEL S. TARRE, AND
                       ERIC D. DORSKY, ESQS.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

PLEASE REFER TO COURT FILE